UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FRANCISCO PULIDO CORACERO,<br>    also known as "Don Puli" and<br>    "Pepino," and<br><br>CARLOS ALGREDO VAZQUEZ,<br><br>                    Defendants. | CRIMINAL NO.: 21-CR-173 (BAH) |

**UNOPPOSED MOTION TO DESIGNATE
A CLASSIFIED INFORMATION SECURITY OFFICER**

The United States of America, by and through the undersigned attorneys, respectfully requests that the Court designate a Classified Information Security Officer ("CISO"),[1] pursuant to the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA"), and Section 2 of the Security Procedures established under Pub. L. 96-456, 94 Stat. 2025 by the Chief Justice of the United States and promulgated pursuant to Section 9 of CIPA. In support of its motion, the government states the following:

1.      In this criminal matter, the grand jury returned a two-count indictment charging the defendants with: (1) conspiracy to manufacture and distribute 500 grams or more of methamphetamine for importation into the United States, in violation of Title 21, United States Code, Sections 959(a), 960(b)(1)(H), and 963, and Title 18, United States Code, Section 2; and (2) conspiracy to distribute a listed chemical for the manufacture of a controlled substance, in violation of Title 21, United States Code, Sections 959(b), 960, and 963, and Title 18, United States Code, Section 2.

---

[1] In the original Security Procedures, the title of the position was Court Security Officer. In the revised security procedures promulgated by Chief Justice Roberts, the position is now known as Classified Information Security Officer.

2. This case involves classified material and will likely require CIPA filings.

3. To assist the Court and court personnel with reviewing CIPA motions and implementing any related orders, the government requests that the Court designate Daniella Medel as the CISO for this case, to perform the CISO duties and responsibilities prescribed in the Security Procedures promulgated by the Chief Justice.

4. The government further requests that the Court designate the following Alternate CISOs to serve in the event Daniella Medel is unavailable: Jennifer H. Campbell, Daniel O. Hartenstine, Matthew W. Mullery, William S. Noble, and Winfield S. Slade.

5. Defense counsel have reviewed this motion and the corresponding proposed order and consent to its entry.

Respectfully submitted this 4th day of February 2026.

    MARGARET A. MOESER, Chief
Money Laundering, Narcotics and
Forfeiture Section
Criminal Division
U.S. Department of Justice

    /s/     Lernik Begian
Lernik Begian
Douglas Meisel
Kaitlin Sahni
Trial Attorneys
Money Laundering, Narcotics and
Forfeiture Section
Criminal Division
U.S. Department of Justice
lernik.begian@usdoj.gov
douglas.meisel@usdoj.gov
kaitlin.sahni@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via ECF to counsel of record for the defendants, this 4th day of February 2026.

                By:     /s/ *Lernik Begian*
                          Lernik Begian
                          Trial Attorney
                          Money Laundering, Narcotics and
                          Forfeiture Section
                          Criminal Division
                          U.S. Department of Justice